IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PAUL A. CHRISTENSEN,<br><br>Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A.,<br><br>Defendant. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:15-cv-00186-EJF<br><br>Magistrate Judge Evelyn J. Furse |

Based upon the Stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that plaintiff's claims herein are dismissed with prejudice, the parties to bear their own costs.

DATED this 28th day of August, 2015.

EVELYN J. FURSE
United States Magistrate Judge